1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3

4  408-286-5150

5  Attorney for plaintiffs

6

7



8        **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12  GIUSEPPE "NINO" CAMPANELLA; LYNETTE        )    No. 04-04906 RS
    CAMPANELLA; GIUSEPPE and LYNETTE           )
13  CAMPANELLA as guardians ad litem for DOMENICA )  **STIPULATION AND**
    CAMPANELLA, CARMELA CAMPANELLA, SARINA )     **PROPOSED ORDER TO**
14  CAMPANELLA, and GIUSEPPE CAMPANELLA, JR.,  )    **CONTINUE INITIAL**
    minors,                                    )    **CASE MANAGEMENT**
15                        *Plaintiffs,*        )    **CONFERENCE**
                                               )
16  v.                                         )
                                               )
17  JEFFREY LONGORIA, BADGE NO. 1270, individually )  Date:  6/15/05
    and in his capacity as a Santa Clara County Deputy Sheriff; )  Time:  2:30 p.m.
18  "DUKE" MARINO, individually and in his capacity as a )  Judge:  Hon. Richard Seeborg
    Santa Clara County Deputy Sheriff; DEPUTY MORENO, )
19  individually and in his capacity as a Santa Clara County )
    Deputy Sheriff; JOHN DOE AND RICHARD ROE,  )
20  individually and in their capacities as Santa County )
    Deputy Sheriffs, the identities and exact number of whom )
21  are unknown to Plaintiff at this time;  COUNTY OF )
    SANTA CLARA; DOES 1 through 25,            )
22                        *Defendants.*        )
    _____)

23

24        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

25  attorneys of record that, after contacting the court for approval and having met and conferred

26  regarding the respective calendars of counsel, the Case Management Conference shall be continued

27

28                                                                          Page 1

*(Left margin, vertical text)* Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1   until June 22, 2005. This continuance is necessitated as plaintiff's counsel is scheduled to be on

2   vacation the week of June 13, 2005.

3

4   Dated:  June 7, 2005                    **LAW OFFICES OF ANTHONY BOSKOVICH**

5

6

7                                         ANTHONY BOSKOVICH
                                         Attorney for Plaintiffs

8   Dated:                              **OFFICE OF THE COUNTY COUNSEL**

9

10

11                                         ARYN HARRIS
                                        Deputy County Counsel
                                        Attorney for Defendants

12

13   **GOOD CAUSE APPEARING, IT IS ORDERED** that the Case Management Conference

14   currently scheduled for June 15, 2005 be continued until June 22, 2005.

15

16

17   Dated:  6/8/05

18

19

20                                       Richard Seeborg
                                      United States Magistrate Judge

21

22

23

24

25

26

27

28                                                             Page 2

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1  until June 22, 2005. This continuance is necessitated as plaintiff's counsel is scheduled to be on

2  vacation the week of June 13, 2005.

3

4  Dated:  June 7, 2005                        **LAW OFFICES OF ANTHONY BOSKOVICH**

5

6                                              _____
                                               ANTHONY BOSKOVICH
7                                              Attorney for Plaintiffs

8  Dated: 6-8-05                               **OFFICE OF THE COUNTY COUNSEL**

9

10                                             _____
                                               ARYN HARRIS
11                                             Deputy County Counsel
                                               Attorney for Defendants
12

13  **GOOD CAUSE APPEARING, IT IS ORDERED** that the Case Management Conference

14  currently scheduled for June 15, 2005 be continued until June 22, 2005.

15

16

17  Dated:

18

19                                             _____
20                                             Richard Seeborg
                                               United States Magistrate Judge
21

22

23

24

25

26

27

28                                                                              Page 2