Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiffs

*E-FILED ON 11/7/2006*

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA; LYNETTE CAMPANELLA; GIUSEPPE and LYNETTE CAMPANELLA as guardians ad litem for DOMENICA CAMPANELLA, CARMELA CAMPANELLA, SARINA CAMPANELLA, and GIUSEPPE CAMPANELLA, JR., minors,<br><br>       *Plaintiffs*,<br><br>v.<br><br>JEFFREY LONGORIA, BADGE NO. 1270, individually and in his capacity as a Santa Clara County Deputy Sheriff; "DUKE" MARINO, individually and in his capacity as a Santa Clara County Deputy Sheriff; DEPUTY MORENO, individually and in his capacity as a Santa Clara County Deputy Sheriff; JOHN DOE AND RICHARD ROE, individually and in their capacities as Santa County Deputy Sheriffs, the identities and exact number of whom are unknown to Plaintiff at this time; COUNTY OF SANTA CLARA; DOES 1 through 25,<br>       *Defendants*. | No. 04-04906 RS<br><br>**STIPULATION AND PROPOSED ORDER TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR**<br><br>Date: 11/13/06<br>Time: 9:30 a.m.<br>Judge: Hon. Howard Lloyd |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that due to the currently calendared Motion to Withdraw by plaintiffs' counsel, currently set for November 15, 2006 with the Honorable Judge Richard Seeborg, it is appropriate to take the Settlement Conference off calendar.

Page 1

| | |
|---|---|
| Dated: 1 November 2006 | **LAW OFFICES OF ANTHONY BOSKOVICH**<br><br>_____<br>ANTHONY BOSKOVICH<br>Attorney for Plaintiffs |
| Dated: | **OFFICE OF THE COUNTY COUNSEL**<br><br>_____<br>ARYN HARRIS<br>Deputy County Counsel<br>Attorney for Defendants |

**GOOD CAUSE APPEARING, IT IS ORDERED** that the Settlement Conference currently scheduled for November 13, 2006 be taken off calendar.

Dated:

_____
Howard Lloyd
United States Magistrate Judge

Page 2

| | |
|---|---|
| Dated: | LAW OFFICES OF ANTHONY BOSKOVICH |
| | |
| | _____ |
| | ANTHONY BOSKOVICH |
| | Attorney for Plaintiffs |
| Dated: 11/1/06 | OFFICE OF THE COUNTY COUNSEL |
| | |
| | *signature* |
| | ARYN HARRIS |
| | Deputy County Counsel |
| | Attorney for Defendants |

**GOOD CAUSE APPEARING, IT IS ORDERED** that the Settlement Conference currently scheduled for November 13, 2006 be taken off calendar.

Dated:   November 7, 2006

*signature*
_____
Howard Lloyd
United States Magistrate Judge

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

Page 2