**\*E-FILED 11/9/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, ET AL., | NO. 04-04906 RS |
| Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| JEFFEREY LONGORIA, ET AL, | |
| Defendants. | |

In this and a consolidated action between most of the same parties, C 05-01945 RS, plaintiffs' counsel moves be relieved as counsel of record, based on an asserted ethical conflict. Pursuant to Local Civil Rule 7-1 (b), the Court finds this matter suitable for disposition without oral argument and will grant the motion. Although counsel has not divulged the facts that give rise to the claimed conflict, the motion is unopposed, and counsel has made an adequate showing that withdrawal is appropriate. Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Anthony Boskovich, Esq. is hereby relieved as counsel of record for plaintiffs;

2. All case management deadlines previously imposed in this action are hereby vacated;

3. Plaintiffs shall make diligent efforts to obtain new counsel;

4. A further case management conference shall be held on January 10, 2007 at 2:30 p.m.;

5. This order is subject to the condition that subsequent papers will continue to be served on counsel for forwarding purposes until new counsel for plaintiffs appears in the case, or they file appearances in *pro per*. See Civil L.R. 11-5( b) (providing that when withdrawal is not

1  accompanied by a substitution of counsel, the Court may condition withdrawal on the order that
2  counsel continue to be served with papers in the case for forwarding purposes until new counsel
3  appears in the case).

5  IT IS SO ORDERED.
6  Dated:          November 9, 2006

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW
04-04906 RS

2

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Aryn Paige Harris     aryn_harris@cco.co.scl.ca.us

3 Stephen H. Schmid     stephen.schmid@cco.co.santa-clara.ca.us,

4 **AND A COPY OF THIS ORDER WAS MAILED TO:**

5 Anthony Boskovich, Esq.
Law Offices of Anthony Boskovich
6 28 N. First Street
Suite 600
7 San Jose, CA 95113-1210

8

9 **Dated: November 9, 2006**                              **Chambers of Judge Richard Seeborg**

10

11                                                         **By:      /s/ BAK**

ORDER GRANTING MOTION TO WITHDRAW
04-04906 RS

3