ANN MILLER RAVEL, County Counsel (S.B. #62139)
STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-FILED 11/13/07*

Attorneys for Defendants
COUNTY OF SANTA CLARA,
LONGORIA, MERINO, DAVIS,
CARDENAS, MORENO, and
OBERLANDER (Moreno and Oberlander in
Case No. C05-01945 only)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY LONGORIA, et al.,<br><br>Defendants. | No.   C04 04906 RS<br><br>Consolidated with Case No. C05-01945 RS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO DISCLOSE EXPERT TESTIMONY AND REPORTS** |

**AFFIDAVIT**

I Steve Schmid declare:

1.  I am an attorney licensed to practice law before the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California. I am employed as a Deputy County Counsel by the Santa Clara County Office of County Counsel, attorney of record for Defendants herein.

2.  On March 16, 2007 United States Magistrate Judge Richard Seeborg issued a case management order setting this consolidated proceeding for trial to commence on April 7, 2008. In the case management order deadlines for discovery, expert testimony and report disclosure and other matters were set as well.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order to Extend Deadline
for Defendants to Disclose Expert
Testimony and Reports                            1                            C04 04906

3. The March 16, 2007 case management order requires Defendants to disclose expert testimony and reports on or before January 2, 2008. Expert discovery cut-off was set for February 4, 2008. Discovery cut-off was set for November 5, 2007. Subsequently, Judge Seeborg extended discovery cut-off to November 15, 2007 by minute order.

4. On September 21, 2007, Defendants noticed resumption of depositions of Plaintiffs Lynette and Giuseppe Campanella for October 31, 2007 and November 2, 2007. In mid-October 2007 Plaintiff's attorney confirmed with Defendants' attorney's office that these dates were fine. On October 30, 2007, Plaintiffs requested Defendants to continue both depositions. The parties were unable to agree on an alternate course until the following day when it was agreed that the depositions could be continued so long as it was agreed that the deadline for disclosure of Defendants' expert testimony and reports would be extended by an equal amount of days of delay with respect to resumption of Plaintiffs' depositions.

5. Defendants intend to disclose six expert witnesses. The experts' testimony and reports will be based upon discovery materials including, importantly, the transcripts of Plaintiffs' depositions. These depositions will each last at least one full day. Because of Defendants' attorney's calender, it appears that these depositions will now occur on November 19, 2007 and November 20, 2007. Being that the depositions were properly noticed for October 31, 2007 and November 2, 2007 and the continuance being for the sole benefit of Plaintiffs, both sides view it as fair to extend Defendants' deadline to disclose expert testimony and reports for eighteen (18) days.

I declare under penalty of perjury that the foregoing is true and correct and if called upon to testify, I could do so competently. Executed this _7_ day of November 2007 at San Jose, California.

_____
Steve Schmid

//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order to Extend Deadline
for Defendants to Disclose Expert
Testimony and Reports        2        C04 04906

## STIPULATION

In that Defendants have agreed to continue resumption of Plaintiffs Lynette and Giuseppe Campanella's depositions for the convenience of Plaintiffs from October 31, 2007 and November 2, 2007, respectively, to November 19, 2007 and November 20, 2007,

1. It is stipulated that Defendants' deadline for disclosing expert testimony and reports for a period of eighteen (18) days, from January 2, 2008 to January 20, 2008;

2. It is further stipulated that should Plaintiffs require additional time to depose Defendants' experts, they will be accorded an additional eighteen days beyond the current deadline of February 4, 2008; i.e., until February 22, 2008.

Dated: November 7, 2007        By: _____
                                    ANN MILLER RAVEL
                                    County Counsel
                                    STEPHEN H. SCHMID
                                    Deputy County Counsel

                                    Attorney for Defendants
                                    COUNTY OF SANTA CLARA,
                                    LONGORIA, MERINO, DAVIS,
                                    CARDENAS, MORENO, AND
                                    OBERLANDER (Moreno and Oberlander
                                    in Case No. C05-01945 only)

Dated: November 7, 2007        By: _____
                                    ADAM R. BERNSTEIN

                                    Attorney for Plaintiffs
                                    GIUSEPPE and LYNETTE
                                    CAMPANELLA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/13/07                    _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge

Stip and Order to Extend Deadline
for Defendants to Disclose Expert
Testimony and Reports                         3                              C04 04906