*E-FILED 12/14/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, ET AL., | C 04-04906 RS, consolidated with C 05-01945 RS |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| JEFFEREY LONGORIA, ET AL, | |
| Defendants. | |

Plaintiffs are hereby ordered to show cause why the defendant named only as "Deputy Moreno" should not be dismissed from these consolidated actions based on plaintiffs' failure to serve any such person or prosecute the actions against him. Plaintiffs shall file any opposition to dismissal within 14 days of the date of this order. Defendants may file a response within seven days thereafter and the matter will then be submitted for decision without further briefing or argument.

IT IS SO ORDERED.
Dated: December 14, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER TO SHOW CAUSE
04-04906 RS

1

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Mina Almassi    mina@maslawinc.com

3  Adam Richard Bernstein    bernsteinlaw@earthlink.net, jagarini@earthlink.net

4  Aryn Paige Harris    aryn_harris@cco.co.scl.ca.us

5  Stephen H. Schmid    stephen.schmid@cco.co.santa-clara.ca.us

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

9  **Dated: 12/14/07**                                            **Richard W. Wieking, Clerk**

                                                                  **By:**    **Chambers**

ORDER TO SHOW CAUSE
04-04906 RS

2