**\*E-FILED 1/28/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE CAMPANELLA , et al., | No. C 04-04906 RS |
| Plaintiffs, | CONSOLIDATED WITH<br>No. C 05-01945 RS |
| v. | **ORDER ADVANCING HEARING** |
| JEFFREY LONGORIA, et al., | **DATE AND SETTING STATUS**<br>**CONFERENCE** |
| Defendants. | |
| _____/ | |

The Court, on its own motion, advances the hearing date on counsel for the minor children's

motion to withdraw from March 5, 2008 to **Tuesday, February 26, 2008 at 10:00 a.m.**

The parties will adhere to the following briefing schedule:

      Defendants' Opposition brief shall be filed on or before February 12, 2008; and

      Counsel's reply brief shall be filed on or before February 19, 2008.

A status conference shall be held on February 26, 2008 following the hearing on the motion.

**IT IS SO ORDERED.**

DATED:      January 28, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Mina Almassi    mina@maslawinc.com

Adam Richard Bernstein    bernsteinlaw@earthlink.net, jagarini@earthlink.net

Aryn Paige Harris    aryn_harris@cco.co.scl.ca.us

Stephen H. Schmid    stephen.schmid@cco.co.santa-clara.ca.us

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 28, 2008

/s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg