**\*E-FILED 2/6/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, et al., | NO. 04-04906 RS |
| Plaintiffs, | CONSOLIDATED WITH |
| v. | No. C 05-01945 RS |
| JEFFEREY LONGORIA, et al., | **ORDER** |
| Defendants. | |

On February 26, 2007 a status conference was held in this matter and the motion to withdraw brought by counsel for the minor plaintiffs was heard. Good cause appearing, it is hereby ordered that:

1. All pretrial and trial dates herein are VACATED.

2. The parties are referred to the Magistrate Judge Lloyd for a settlement conference.

3. The motion to withdraw will be taken under submission. Counsel for the minors shall participate in the settlement conference pending a ruling on that motion.

4. The parties shall appear for a further case management conference at 2:30 p.m. on April 30, 2008.

5. Within 10 days of the date of this order, counsel for the adult plaintiffs shall file a declaration addressing why he failed to appear at the status conference. Upon receipt of such

declaration, the Court will determine whether the imposition of sanctions is warranted.

IT IS SO ORDERED.

Dated: February 26, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Mina Almassi    mina@maslawinc.com

Adam Richard Bernstein    bernsteinlaw@earthlink.net, jagarini@earthlink.net

Aryn Paige Harris    aryn_harris@cco.co.scl.ca.us

Stephen H. Schmid    stephen.schmid@cco.co.santa-clara.ca.us

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/26/08**                                                    **Richard W. Wieking, Clerk**

                                                                      **By:        Chambers**