```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
 2  ARYN P. HARRIS, Deputy County Counsel (S.B. #208590)
    OFFICE OF THE COUNTY COUNSEL
 3  70 West Hedding, East Wing, 9th Floor
    San Jose, California  95110-1770
 4  Telephone:  (408) 299-5900                          *E-FILED 12/24/08*
    Facsimile:  (408) 292-7240
 5

 6  Attorneys for Defendants
    COUNTY OF SANTA CLARA,
 7  LONGORIA, MERINO, DAVIS,
    CARDENAS, and OBERLANDER
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| GIUSEPPE "NINO" CAMPANELLA, et al., | No.   C04 04906 RS |
| | Consolidated with Case No.  C05-01945 RS |
| Plaintiffs, | **[PROPOSED] ORDER PERMITTING DEFENDANTS TO BRING CERTAIN EQUIPMENT INTO THE COURTROOM** |
| v. | |
| JEFFREY LONGORIA, et al., | Date:  January 5, 2009 |
| | Time:  9:00 a.m. |
| Defendants. | Dept.:  Courtroom 4, 5th Floor |
| | Judge: Magistrate Judge Richard Seeborg |

IT IS HEREBY ORDERED that Defendant' counsel is authorized to bring the following equipment into the federal courthouse beginning December 29, 2008, and continuing through January 25, 2009.

1. VCR/DVD Player

2. Projector

3. Laptop with power cords

4. Extension cord

5. Speakers

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Prop] Order Permitting Defs to Bring
Certain Equipment into the Courtroom                1                                C04 04906

| | |
|---|---|
| 1 | 6. Audio/video cables from laptop to projector |
| 2 | 7. Television |

**IT IS SO ORDERED.**

Dated: 12/24/08

_____
MAGISTRATE JUDGE RICHARD SEEBORG

159960.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Prop] Order Permitting Defs to Bring
Certain Equipment into the Courtroom          2                              C04 04906