**Filed**

DEC 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE CAMPANELLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY LONGORIA, et al.,<br><br>Defendants.<br>_____/ | No. C 04-04906 RS<br>Consolidated with<br>No. C 05-01945 RS<br><br>**ORDER TO JURY COMMISSIONER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States District Court Jury Commissioner effective January 6, 2009 through January 23, 2009.

Dated: 12/31/08

RICHARD SEEBORG
United States Magistrate Judge

ORDER TO JURY COMMISSIONER