*E-FILED 1/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIUSEPPE CAMPANELLA, et al., | NO. C 04-4906 RS |
| Plaintiffs, | **ORDER REGARDING DEPOSITION EXCERPTS OF MILAGROS YOUNG** |
| v. | |
| LYNETTE LONGORIA, et al., | |
| Defendants. | |

A.  <u>Plaintiffs' Deposition Excerpts of Milagros Young</u>

Plaintiffs submitted excerpts from the deposition of Milagros Young that are intended to be offered at trial. Defendants filed objections to portions of those excerpts. The order of the Court is as follows:

(1) Page 38, Line 10    Substitute "previously" for "at the criminal trial."

(2) 40:3-12              Objection overruled.  The excerpt may be read.

(3) 61:15-24             Objection overruled.  The excerpt may be read.

(4) 63:13-64:9           Objection sustained.

(5) 68:18-25             Objection sustained.

(6) 76:24-77:5           Objection sustained.

(7) 81:9-12              Objection overruled.  The excerpt may be read.

1

|   |   |   |
|---|---|---|
| (8) 90:10-24 | Objection overruled. The excerpt may be read. |
| (9) 120:9-121:23 | Objection sustained. |
| (10) 122:5-13 | Objection sustained. |
| (11) 123:2-123:17 | Objection sustained. |
| (12) 123:18-124:8 | Objection overruled. The excerpt may be read. |
| (13) 128:16-22 | Objection sustained. |
| (14) 134:6-135:25 | Objection sustained. |
| (15) 145:15-146:5 | Objection overruled. The excerpt may be read. |
| (16) 147:5-8 | Objection overruled. The excerpt may be read. |
| (17) 149:4-22 | Reference to trial to be deleted. |
| (18) 150:4-13 | Reference to trial to be deleted. |
| (19) 151:17-152:13 | Objection sustained. |
| (20) 153:18-154:16 | Objection sustained. |
| (21) 156:4-22 | Objection sustained. |
| (22) 170:13-173:13 | Objection sustained. |

B.  Counterdesignations

Defendants submitted counterdesignations listing excerpts from the deposition of Milagros Young. Plaintiffs filed no objections to those designations. Accordingly, those excerpts may be read by defendants.

IT IS SO ORDERED.

Dated: January 8, 2009

RICHARD SEEBORG
United States Magistrate Judge

ORDER REGARDING DEPOSITION EXCERPTS OF MILAGROS YOUNG
C 04-4906 RS

2